UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

PAUL G. & ROSE M. DIXON,           Case No. 12-20210

                                         Chapter 7 Proceeding
             Debtor(s).                 Hon. Daniel S. Opperman
_____/

## NOTICE OF INTENT TO FILE FINAL REPORT

**TO THE CLERK OF THE COURT:**

        This is to inform the Court that the final report and account for this estate will be filed approximately ninety (90) days from the date of this notice.

DATED: June 25, 2013

                                                /s/ Randall L. Frank
                                                _____
                                                     CASE TRUSTEE
                                               Randall L. Frank (P33189)
                                               Chapter 7 Trustee
                                               310 Davidson Building
                                               P.O. Box 2220
                                               Bay City, Michigan 48707
                                               Telephone: (989) 893-2461
                                               randall.frank@gmail.com